UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER HODGE AND MARIA HODGE**<br><br>*Plaintiffs*<br><br>**v.**<br><br>**FCA US, LLC**<br><br>*Defendant* | **CIVIL ACTION NO.: 3:18-cv-00144 SDD-RLB** |

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO STRIKE**

**MAY IT PLEASE THE COURT**:

On July 31, 2018, Plaintiffs filed with this Honorable Court a Motion to Compel directed towards Defendant, FCA US, LLC.

After the Motion was filed with this Court, Defendant contacted Plaintiffs and the parties were able to reach an agreement regarding evasive and incomplete answers to the discovery responses. Defendant and Plaintiffs also agreed to withdraw the aforementioned Motion to Compel; however, same was granted and Order was signed before the Motion was withdrawn.

As such, Plaintiffs pray that the July 31, 2018, Motion to Compel and Order resulting therefrom be struck.

*Signature Line on Following Page*

RESPECTFULLY SUBMITTED:

*The Nordgren Law Firm, LLC*
341 Saint Charles Street
Baton Rouge, Louisiana 70802
t: (225) 383-0101
f: (225) 412-9903
e: drew@louisianacounsel.com

BY: /s/ *Drew E. Nordgren*
Drew E. Nordgren
Louisiana Bar No. 35268
*Attorney for Plaintiffs,*
Christopher Hodge and Maria Hodge

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, I electronically filed the foregoing *Memorandum in Support of Plaintiffs Motion to Strike* through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

/s/ *Drew Nordgren*
Drew Nordgren - Bar Roll No. 35268